UNITED STATES DISTRICT COURT
DISTRICT OF _____
_____ DIVISION

Albuquerque, New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 17 2023

MITCHELL R. ELFERS
CLERK

Jesus F. Fernandez
BOP #93908051

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

1) Greyhound Lines Inc and Employee

2) Special Agent (DEA) Jarrell Perry

3) Special Agent (DEA) Kirk Lennon

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

23cv45-KG-KK

Case No: 17-CR-3237
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

__X__ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

I. **Plaintiff(s):**

A. Name: Jesus Fco Fernandez

B. List all aliases: _____

C. Prisoner identification number: N° 93908051

D. Place of present confinement: USP-ATL

E. Address: PoBox-150-160. ATlanta GA 30315

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Greyhounds lines Inc. Albuquerque, NM

Title: Bus Travels

Place of Employment: Albuquerque, New Mexico

B. Defendant: Special Agent Jarrell Perry

Title: Law Enforcement (DEA)

Place of Employment: Albuquerque New Mexico

C. Defendant: Special Agent Kirk Lemmon

Title: Law Enforcement (DEA)

Place of Employment: Albuquerque New Mexico

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

2

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( )   NO (X)

C. If your answer is **YES**:

1. What steps did you take?
   N/A
   N/A
   N/A

2. What was the result?
   N/A
   N/A
   N/A

3. If the grievance was not resolved to your satisfaction, did you appeal?

   What was the result (if there was no procedure for appeal, so state.)
   N/A

D. If your answer is **NO**, explain why not: This is My first procedure on this Complaint. This is My first procedure on This Complaint. Regarding legal Matter and this Instant Case being a Criminal Case I had to wait for the Denial of My Pending appeals.

Revised 4/01

3

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

   1. What steps did you take?

   _____

   _____

   2. What was the result?

   _____

   _____

   _____

H. If your answer is **NO**, explain why not:

THIS Case N# 17CK3237 be Take to Jury Trial Court Twice and appeal Court Twice and be Not Taken from Supreme Court of the appeal 1) Jury Trial on Hang Jueral 2) find Jury guilty They DENIED My appeal without any Explination.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court

    A. Name of case and docket number: (17 CR 3237) 1) PERJURY 2) CONSENT DECREE.

    B. Approximate date of filing lawsuit: Now if the Court accepted my ORDER

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: JESUS F. FERNANDEZ

    D. List all defendants: 1) GREYHOUND LINES INC, 2) JARRELL PERRY (DEA) agent 2) KIRK LEMMON (DEA) agent

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US DISTRICT COURT of NEW MEXICO 333 LOMAS Blvd North West, Suite 270 Albuquerque, NM

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    H. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Details: On Wednesday October 25-2017 S/A Perry and S/A Lemmon were at the Greyhound Bus Station in Albuquerque New Mexico to check the eastbound Greyhound Bus that is scheduled to arrive at 9:55 AM and depart at 11:15 Prior to the passenger reboarding the Bus S/A Perry and S/A Lemmon Boarded the Bus S/A Perry looked at the luggage that was in the passenger area of the Bus. S/A Perry observed a Black Duffel Bag lying near the rear of the Bus that did not have a name tag attached. S/A Perry picked up the bag and observed the bag was not full to capacity but that it was overly heavy due to the fact that it was not completely full to capacity. S/A Perry returned the bag to the overhead luggage compartment in its original location. S/A Perry observed a male later identified as Jesus Fco Fernandez board the Bus and sit down in his respective right handside on the window seat.

2.) The Greyhound is a for-profit corporation that provides intercity bus transportation services throughout North America with various locations within and throughout the state of New Mexico Hub and Bus Terminal in which Greyhound leases space located in Downtown Albuquerque N.M where Greyhound operates buses on a daily basic.

Greyhound Allowing U.S and Border Protection and (DEA) agent to conduct warrantless and suspicionless Law Enforcement sweeps on Greyhound buses and Greyhound non public bus station property and Making false and deceptive statements Regarding and failing to adequately Notify its prospective and actual passenger of Greyhounds Role in facilitating DEA warrantless and suspicionless Enforcement sweeps were and expected occurrence at Greyhound's Bus Terminal promising to provide "Safe" "Reliable" and Dependable Bus service to customer and violating that promise by Granting "DEA" agent permission to access Non-public areas of its Bus station and/or Board it Buses for the purpose of conducting warrantless and suspicionless Enforcements customers before sale of a Ticket or Boarding of a Bus.

## VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am Requesting the Honorable Court Assistance on proceeding on filing a Lawsuit for 1) Greyhound lines for "Consent Decrees" 2) Perjury against S/A Jarrell Perry and S/A Kirk Lemmon work from the DEA Office and Greyhound and ask the Court to appointment of Counsel to proceed on this Matter

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Jan__ day of __12__, 20 __23__

_____

_Jesus Fdz_
(Signature of plaintiff or plaintiffs)

__Jesus Fco Fernandez__
(Print name)

__BOP # 93908051__
(I.D. Number)
__USP-ATL__
__PO Box-150-160,__
__Atlanta, Georgia 30315.__
(Address)

Revised 4/01

8



Jesus Fco Fernandez
Bop # 93908051
USP-ATL
Po Box-150-160
ATL-GA 30315

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 17 2023

MITCHELL R. ELFERS
CLERK

Legal Mail

US District Court of New Mexico
Pete Domen PC, US Court House
333 Lomas Blvd North West
Suite # 270.
Albuquerque New Mexico 87102