IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUS FERNANDEZ,

    Plaintiff,

v.                                                         No. 23-cv-45-MLG-KK

GREYHOUND LINES, INC., *et al.*,

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION

THIS MATTER is before the Court on Plaintiff Jesus Fernandez's Motion for Extension (Doc. 9) ("the Motion"), filed March 24, 2023. In an Order Granting *In Forma Pauperis* Application (Doc. 6), entered March 6, 2023, the Court set a thirty-day deadline within which Plaintiff was required to submit an initial partial payment of $61.75. In the Motion, Plaintiff seeks a thirty-day extension of the deadline. The Court finds that, for the reasons set forth in the Motion, good cause exists to extend the deadline as requested.

**IT IS THEREFORE HEREBY ORDERED** that the Motion (Doc. 9) is **GRANTED.**

**IT IS FURTHER ORDERED** that, within thirty (30) days from entry of this order, Plaintiff shall send to the Clerk an initial partial payment of **$61.75**.

                                                                    */s/ Kirtan Khalsa*

                                                                    KIRTAN KHALSA
                                                                    UNITED STATES MAGISTRATE JUDGE