Jesus Fernandez 93908051
Atlanta U.S Penitentiary
P.O Box-150160
Atlanta, GA 30315

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 04 2023

MITCHELL R. ELFERS
CLERK

United States District Court
District of New Mexico
Office of The Clerk
Cover Sheet

I write to this Honorable Court to find out what is the stare out my case N° 1.23-cv-00045 MLG-KK Doc #16 filed on March 24.2023 on my 22 $ 55 Motion and the case Fernandez v Greyhound and the Criminal case Motion 22 $ 55 (case N° 17 CR 3237)

I have letter from the Clerk — my case not be Registered for a CM/ECF account to I know I still Pro-Se on this case and I not have any Notice from any Lawyer to I need to filed a Motion to Counsel or How Long I have to straigth my situation Can You sended me a Copy to a Registration form an Information because I not Allow get on that Website.

Sincerally
Jeso ff # 93908051

Jesus Fernandez
BP-93908051
USP-ATL
PO Box 150160
Atlanta GA 30315
Case # 1:23-CV-00171-WJ-LF

LEGAL MAIL

ATLANTA METRO 301
26 SEP 2023

United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd N.W
Albuquerque New Mexico 87102